JS-6

1  JOHN T. JASNOCH (SBN 281605)
   jjasnoch@scott-scott.com
2  SCOTT+SCOTT ATTORNEYS AT LAW LLP
   600 W. Broadway, Suite 3300
3  San Diego, CA 92101
   Telephone: (619) 233-4565
4  Facsimile: (619) 233-0508

5  Thomas L. Laughlin, IV
   tlaughlin@scott-scott.com
6  Rhiana L. Swartz
   rswartz@scott-scott.com
7  SCOTT+SCOTT ATTORNEYS AT LAW LLP
   230 Park Avenue, 17th Floor
8  New York, NY 10169
   Telephone: (212) 223-6444
9  Facsimile: (212) 223-6334

10 *Attorneys for Plaintiff*

11 RICHARD H. ZELICHOV (SBN 193858)
   richard.zelichov@kattenlaw.com
12 CHRISTINA L. COSTLEY (SBN 227134)
   christina.costley@kattenlaw.com
13 PAUL S. YONG (SBN 303164)
   paul.yong@kattenlaw.com
14 KATTEN MUCHIN ROSENMAN LLP
   2029 Century Park East, Suite 2600
15 Los Angeles, CA 90067
   Telephone:  (310) 788-4400
16 Facsimile:  (310) 788-4471

17 *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN GRABISCH, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>     v.<br><br>STAMPS.COM, INC., KENNETH MCBRIDE, KYLE HUEBNER, and JEFF CARBERRY,<br><br>                     Defendants. | Case No. 2:19-cv-01497-R-SK<br><br>**ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:  Hon. Manuel L. Real<br>Complaint Filed: February 28, 2019<br>Response Due:  April 25, 2019 |

1  The Court, having read the Stipulation of Voluntary Dismissal Without
2  Prejudice filed by all parties to have appeared in this action, and finding good
3  cause,

4  IT IS HEREBY ORDERED that this action is dismissed in its entirety
5  without prejudice as to all plaintiff's claims, actions and causes of actions asserted
6  against defendants.

IT IS SO ORDERED.

DATED:  April 22, 2019  _____
Hon. Manuel L. Real
UNITED STATES DISTRICT JUDGE